**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| WILLIE GONZALES, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | C.A. NO. C-06-363 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## <u>FINAL JUDGMENT</u>

In accordance with this Court's Order GRANTING Respondent Nathaniel Quarterman's motion to dismiss the above-styled action, the Court hereby enters final judgment DISMISSING this case.

SIGNED and ENTERED this 11th day of June, 2007.

_____
Janis Graham Jack
United States District Judge

-1-